IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | MISC. NO. C-07-019 |
| CLIFFORD POLLARD TURNER | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY MOTIONS TO PROCEED *IN FORMA PAUPERIS***

On March 17, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that movant's motions to proceed *in forma pauperis* (D.E. 16, 20) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that movant's motions to proceed *in forma pauperis* (D.E. 16, 20) are denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 28th day of April, 2008.

_____
Janis Graham Jack
United States District Judge