UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE | § <br> § <br> §   MISC. NO. C-07-019 <br> § |
| CLIFFORD POLLARD TURNER | |

### ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS*

On June 4, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending as follows:

1) that movant's motion to proceed *in forma pauperis* (D.E. 27) be denied;

2) that movant be barred from filing any additional motions to proceed *in forma pauperis* in this Court unless he files a current copy of his inmate trust fund account statement with the motion as well as a completed copy of his habeas petition or civil complaint; and that the Clerk for the Court be instructed to return to movant any filings that do not conform to this requirement; and

3) that, should the Court adopt this recommendation, the denial be characterized as one described by 28 U.S.C. § 1915(g) as frivolous, and the Clerk be directed to provide a copy of the order of dismissal to: **District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Betty Parker.**

Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is ORDERED as follows:

1) movant's motion to proceed *in forma pauperis* (D.E. 27) is denied; and

2) movant is barred from filing any additional motions to proceed *in forma pauperis* in this Court unless he files a current copy of his inmate trust fund account statement with the motion as well as a completed copy of his habeas petition or civil complaint; and the Clerk for the Court is instructed to return to movant any filings that do not conform to this requirement.

The denial of movant's motion to proceed *in forma pauperis* is characterized as one described by 28 U.S.C. § 1915(g) as frivolous. The Clerk is directed to provide a copy of the order of dismissal to: **District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Betty Parker.**

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 17th day of July, 2008.

_____
Janis Graham Jack
United States District Judge